UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECHIR SLIM,<br>　　　　Plaintiff,<br>　　v.<br>KIRSTJEN NIELSON, et al.,<br>　　　　Defendants. | Case No. 18-cv-02816-DMR<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Bechir Slim, who is in the custody of the Department of Homeland Security, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Docket No. 1.] He alleges that he has been detained at the West County Detention Facility in Richmond, California for over six months without a bond hearing before an immigration judge. Petitioner alleges his continued detention violates his Fifth Amendment right to due process.

He names four individuals as Respondents: Kirstjen Nielsen, Secretary of the U.S. Department of Homeland Security; Jefferson Beauregard Sessions III, Attorney General of the United States; Erik Bonnar, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and David Livingstone, Warden of the West County Detention Center.

This action has been assigned to the undersigned Magistrate Judge. Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in a case, including entry of judgment. Appeal will be directly to the United States Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 636(c)(3). On May 14, 2018, Petitioner consented to magistrate judge jurisdiction in this matter. [Docket No. 6.]

**ORDER TO SHOW CAUSE**

Good cause appearing, the court hereby issues the following orders:

1.　　The Clerk of the Court shall serve a Magistrate Judge jurisdiction consent form, a

copy of this Order, as well as the petition and all attachments thereto on Respondents and shall serve copies of these documents to the U.S. Attorney for the Northern District of California.

2. By **June 22, 2018**, Respondents shall complete and file the Magistrate Judge jurisdiction consent form to indicate whether they consent or decline to proceed before the assigned Magistrate Judge. Respondents are free to withhold consent without adverse consequences. If Respondents consent to a Magistrate Judge's jurisdiction, this case will be handled by the undersigned Magistrate Judge. If Respondents decline, the case will be reassigned to a District Judge. Whether Respondents consent or decline to proceed before the assigned Magistrate Judge, the parties shall abide by the briefing schedule below.

3. By **June 22, 2018**, Respondents shall respond by answering the allegations and showing cause why a writ of habeas corpus should not issue, or by filing a motion to dismiss on procedural grounds;

4. Petitioner's traverse, opposition, or statement of non-opposition shall be filed by **July 6, 2018**.

5. Any reply by Respondents shall be filed by **July 13, 2018**.

**IT IS SO ORDERED.**

Dated: June 8, 2018



Donna M. Ryu
United States Magistrate Judge

2